IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Henry, Johnathan S | Case Number:  07 B 14905 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/22/08 | Filed:  8/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 5, 2008
Confirmed: October 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,600.00 | |
| Secured: | | 100.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,359.59 |
| Trustee Fee: | | 140.41 |
| Other Funds: | | 0.00 |
| Totals: | 2,600.00 | 2,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,334.00 | 2,359.59 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 729.64 | 100.00 |
| 4. | Barclays Capital Real Estate | Secured | 27,252.66 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 132.36 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 77.43 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 97.50 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 192.07 | 0.00 |
| 9. | Crescent Bank & Trust | Unsecured | 1,064.12 | 0.00 |
| 10. | Monterey Financial Services | Unsecured | 24.89 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 11.75 | 0.00 |
| 12. | Nicor Gas | Unsecured | 94.48 | 0.00 |
| 13. | Capital One | Unsecured | 17.11 | 0.00 |
| 14. | American Collection Corp | Unsecured | | No Claim Filed |
| 15. | Asset Management Out | Unsecured | | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 17. | Magers & Price | Unsecured | | No Claim Filed |
| 18. | AFNI | Unsecured | | No Claim Filed |
| 19. | Citi Auto | Unsecured | | No Claim Filed |
| 20. | Credit Management Co. | Unsecured | | No Claim Filed |
| 21. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 22. | Credit Protection Association | Unsecured | | No Claim Filed |
| 23. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 24. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 25. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Henry, Johnathan S

Printed: 7/22/08

Case Number: 07 B 14905
Judge: Wedoff, Eugene R
Filed: 8/17/07

| | | | |
|---|---|---|---|
| 26. West Asset Management | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 33,028.01 | $ 2,459.59 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 140.41 |
| | _____ |
| | $ 140.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____